UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Nanette Sembach,

    Plaintiff,

vs.

Miles Mettler

    Defendant(s),

3:10-cv-00654-LRH-VPC

### MOTION FOR CONTINUANCE
AND ORDER THEREON

Plaintiff, Nanette Sembach, hereby requests The Honorable Larry R. Hicks for a 30 day continuance so I may respond to the motion to dismiss. I have not received from the defendant's attorney the document for this motion to dismiss via US mail.

DATED this 13th day of January, 2011

Respectfully submitted,

*/s/ Nanette Sembach/*
In Forma Pauperis

1

1  Nanette Sembach
   P. O. Box 33911
2  Reno, NV 89533-3911
   775-746-8223
3  In Forma Pauperis

4

5                               ORDER

6      Plaintiff's request for a continuance is GRANTED. Plaintiff shall have until February 21,
   2011 by which to file a response to [#9] Motion to Dismiss.
7

8      IT IS SO ORDERED, nunc pro tunc.

9      DATED this 26th day of January, 2011.

10

11                                              LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE
12