FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
RETURNED COPY COUNSEL/PARTIES OF RECORD

JAN 2 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nanette Sembach,

    Plaintiff,

    vs.

Club One

    Defendant(s);

3:10-cv-00654-LRH-VPC

## MOTION FOR CONTINUANCE
### AND ORDER THEREON

Plaintiff, Nanette Sembach, hereby requests The Honorable Larry R. Hicks for a 30 day continuance so I may respond to the motion to dismiss. I have not received from the defendant or defendant's attorney the document for this motion to dismiss via US mail.

DATED this 20th day of January, 2011

Respectfully submitted,

_/s/ Nanette Sembach_
In Forma Pauperis

1

Nanette Sembach
P. O. Box 33911
Reno, NV  89533-3911
775-746-8223
In Forma Pauperis

ORDER

Plaintiff's request for a continuance is GRANTED.  Plaintiff shall have until February 23, 2011 by which to file a response to [#11] Motion to Dismiss.

IT IS SO ORDERED, nunc pro tunc.

DATED this 26th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE