UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| NANETE SEMBACH, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00654-LRH-VPC |
| v. | ) | |
| | ) | |
| CLUB ONE; and MILES METTLER, | ) | O R D E R |
| general manager of CLUB ONE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#74[1]) entered on December 3, 2012, recommending granting Defendants' Motion to Enforce Settlement Agreement (#70) filed on October 31, 2012. Plaintiff filed her Objections to Magistrate Judge's Report and Recommendation (#75) on December 18, 2012, and Defendants filed their Response to Plaintiff's Objection to Report and Recommendation (#76) on January 4, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court

---

[1] Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#74) entered on December 3, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#74) entered on December 3, 2012, is adopted and accepted, and Defendant's Motion to Enforce Settlement Agreement (#70) is GRANTED.

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE